# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2504
LT Case No. 16-2022-CF-8337-A

_____

LOUBNA N. HILANI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

W. Charles Fletcher, of Law Offices of W. Charles Fletcher,
Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

July 2, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____